UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TWENTY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($20,000.00);
ONE 2000 PETERBILT 379 6x4 SEMI-TRACTOR,
VIN 1XP5DB9X1YN500820; AND ONE 1996
WABASH REFRIGERATED TRAILER,
VIN 1JJE532S3TL288825

        Defendants.
_____/

Civil No.    08-12958
Honorable Paul D. Borman

## **ORDER STAYING CIVIL FORFEITURE PROCEEDINGS**

Upon the accompanying Motion and Brief of the United States for Stay of Civil Forfeiture Proceedings, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that the United States shall promptly inform the Claimants, and their counsel, of the culmination or termination of the criminal investigation, whether by discontinuance or by the initiation of criminal prosecution.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall be afforded a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 4, 2008.

s/Denise Goodine
Case Manager